# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-4621 CAS (RZx) | Date | July 11, 2011 |
|---|---|---|---|
| Title | ALEXIS D. GONZALEZ v. FIRST AMERICAN TRUST SERVICING SOLUTIONS; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (In Chambers:) DEFENDANT WELLS FARGO'S MOTION TO DISMISS (filed 06/07/11)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

On April 29, 2011, plaintiff Alexis D. Gonzalez filed suit in the Los Angeles County Superior Court against defendants First American Trust Servicing Solutions, LLC; Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo Home Mortgage) ("Wells Fargo"); and Does 1 through 50, inclusive. On May 2, 2011, plaintiff filed a first amended complaint ("FAC") against defendants alleging fifteen claims, styled as: (1) temporary restraining order and preliminary and permanent injunctive relief; (2) declaratory relief; (3) violation of unfair practices, 15 USCS § 1693f; (4) violation of validation of debts; (5) violation of false and misleading representations, 15 USCS § 1693e; (6) violation of RESPA, 12 U.S.C. § 2605; (7) violation of RESPA, 12 U.S.C. § 2607; (8) violation of Truth in Lending Act, 15 USCS § 1601; (9) violation of the Bank Tying Act, 12 USCS § 1972; (10) breach of the implied covenant of good faith, UCC § 1-304; (11) undue influence; (12) quiet title; (13) accounting; (14) fraud; and (15) violation of California Rosenthal Act. On May 31, 2011, defendants removed the action to this Court on the basis of federal question jurisdiction. See 28 U.S.C. §§ 1331 and 1441.

On June 7, 2011, defendant Wells Fargo filed a motion to dismiss plaintiff's complaint. Plaintiff failed to timely file and serve an opposition. Indeed, plaintiff has not filed any opposition to Wells Fargo's motion. On June 27, 2011, Wells Fargo filed a notice of non-opposition to motion, indicating that plaintiff has not filed an opposition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4621 CAS (RZx) | Date | July 11, 2011 |
|---|---|---|---|
| Title | ALEXIS D. GONZALEZ v. FIRST AMERICAN TRUST SERVICING SOLUTIONS; ET AL. | | |

  The Court finds that no good reason has been provided for the failure to oppose Wells Fargo's motion. Pursuant to Local Rule 7-12, plaintiff's failure to oppose this motion may be deemed by the Court as consent to the granting of the motion. Therefore, the Court GRANTS Wells Fargo's motion to dismiss the complaint without prejudice. Plaintiff shall file an amended complaint within **twenty (20) days** after the filing of this order. Plaintiff is admonished that, in the event that plaintiff does not amend the complaint within **twenty (20) days**, the Court will dismiss this action with prejudice.

  IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |